IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NORMAN "RUSS" ADAMS and BRENDA ADAMS, <br><br> Plaintiffs, <br><br> v. <br><br> DELK INDUSTRIES, INC., d/b/a DELK PRODUCTS, INC., and RAYMOND DON BARNES, individually, <br><br> Defendants. | Case No: 3:19-CV-00878 |

## MOTION FOR NEW TRIAL DATE

Defendants Delk Industries, Inc. ("Delk") and Raymond Don Barnes, Jr. (collectively, "Defendants") respectfully submit to the Court that they have an unavoidable commitment in China that conflicts with the trial in this matter, which is currently scheduled to begin April 27, 2021 and last for approximately three days. Accordingly, Defendants respectfully request alternative trial dates from the Court and submit that they are willing to accept an earlier date if needed. Plaintiffs' attorneys have advised that they will not oppose this Motion if the trial can be reset before the current trial date or on a date within three months after the current trial date.

                                                                Respectfully submitted,

                                                                *s/ J. Anne Tipps*
                                                                J. Anne Tipps (BPR No. 033588)
                                                                Alexandra T. MacKay (BPR No. 020859)
                                                                STITES & HARBISON PLLC
                                                                401 Commerce Street, Suite 800
                                                                Nashville, TN  37219
                                                                Telephone:  (615) 782-2229
                                                                Email: annie.tipps@stites.com
                                                                Email: alexandra.mackay@stites.com

                                                                C*ounsel for Defendants*